HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL J COLLINS,

        Plaintiff,

    v.

STATE OF WASHINGTON, et al.,

        Defendants.

CASE NO. C13-5444 RBL

ORDER GRANTING IFP AND DENYING MOTION TO RE-FILE

[DKT. #s 1&2]

THIS MATTER is before the Court on Plaintiff's Motion to proceed *in forma pauperis*, [Dkt. #1], and his "Motion to Re-File" [Dkt. #2].

A district court may permit indigent litigants to proceed *in forma pauperis* upon completion of a proper affidavit of indigency. *See* 28 U.S.C. § 1915(a). The court has broad discretion in resolving the application, but "the privilege of proceeding *in forma pauperis* in civil actions for damages should be sparingly granted." *Weller v. Dickson*, 314 F.2d 598, 600 (9th Cir. 1963), *cert. denied* 375 U.S. 845 (1963). Moreover, a court should "deny leave to proceed *in forma pauperis* at the outset if it appears from the face of the proposed complaint that the action is frivolous or without merit." *Tripati v. First Nat'l Bank & Trust*, 821 F.2d 1368, 1369 (9th Cir. 1987) (citations omitted); *see also* 28 U.S.C. § 1915(e)(2)(B)(i). An *in forma pauperis*

complaint is frivolous if "it ha[s] no arguable substance in law or fact." *Id.* (citing *Rizzo v. Dawson*, 778 F.2d 527, 529 (9th Cir. 1985); *Franklin v. Murphy*, 745 F.2d 1221, 1228 (9th Cir. 1984).

It is difficult to read and understand exactly what Plaintiff Collins seeks in his Complaint, but it cannot be said that the Complaint is frivolous on its face.

Plaintiff's Motion for Leave to Proceed *in forma pauperis* is GRANTED.

The Motion to Re-File is also unclear. It seeks at least in part to "compel the defense to disclose information on the exact status of parties as captioned in this complaint." Plaintiff has made no showing in support of a Motion to compel; the Defendants have not even been served. This Motion [Dkt. #2] is DENIED.

IT IS SO ORDERED.

Dated this 8th day of July, 2013.

*/s/ Ronald B. Leighton*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE